DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

18521 HTN TRUST, INC., as trustee only under the 19-6-4
Land Trust,

Petitioner,

v.

EMILIE B. VIEBRANZ-REACH and MAC-BRH, INC.,

Respondents.

No. 2D23-2038

_____

March 22, 2024

Petition for Writ of Certiorari to the County Court for Pasco County; Kent Compton, Judge.

Matthew D. Wolf of Ivanov & Wolf, PLLC, Tampa, for Petitioner.

Arturo T. Uzdavinis of Bonardi & Uzdavinis, LLP, Tampa, for Respondent Emilie B. Viebranz-Reach.

No appearance for Appellee MAC-BRH, Inc.


PER CURIAM.

Dismissed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.